B5 (Official Form 5) (12/07)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Proven Methods Seminars, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**National Grants Conferences** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**6400 Park of Commerce Blvd., Suite 2**<br>**Boca Raton, FL 33487** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Palm Beach** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)                                         COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  **Proven Methods Seminars, LLC**

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Convergence Group**
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Greene, Vice President
1101 S. Janesville Street
Milton, WI 53563

X _____
Signature of Attorney                          Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

---

X _____ CFO
Signature of Petitioner or Representative (State title)    11/19/08

**RGC Communications**
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Raymond J. Barrett
6511 Oakton
Morton Grove, IL 60053

X _____
Signature of Attorney                          Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

---

X _____
Signature of Petitioner or Representative (State title)

**Walmac Color Graphics**
Name of Petitioner                            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kevin Walsh, President
710 Hastings Lane
Buffalo Grove, IL 60089

X _____
Signature of Attorney                          Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. 312-641-0060

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Convergence Group<br>1101 S. Janesville Street<br>Milton, WI 53563 | Goods sold | 72,933.55 |
| RGC Communications<br>6511 Oakton<br>Morton Grove, IL 60053 | Goods sold | 104,293.88 |
| Walmac Color Graphics<br>710 Hastings Lane<br>Buffalo Grove, IL 60089 | Goods sold | 97,987.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>275,214.70 |

__0__ continuation sheets attached

Name of Debtor __Proven Methods Seminars, LLC__

B5 (Official Form 5) (12/07) - Page 2    Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____   X_____
Signature of Petitioner or Representative (State title)   Signature of Attorney                       Date

**Convergence Group**                                    Stahl Cowen Crowley, LLC
Name of Petitioner            Date Signed                Name of Attorney Firm (if any)

Name & Mailing Address of Individual   Richard Greene, Vice President    55 W. Monroe Street
Signing in Representative              1101 S. Jamesville Street          Suite 1200
Capacity                               Milton, WI 53663                   Chicago, IL 60603
                                                                          Address
                                                                          Telephone No.   312-641-0060

X_____   X_____
Signature of Petitioner or Representative (State title)   Signature of Attorney                       Date

**RGC Communications**                                   Stahl Cowen Crowley, LLC
Name of Petitioner            Date Signed                Name of Attorney Firm (if any)

Name & Mailing Address of Individual   Ray Bennett                        55 W. Monroe Street
Signing in Representative              31 Presidential Drive              Suite 1200
Capacity                               Roselle, IL 60122                  Chicago, IL 60603
                                                                          Address
                                                                          Telephone No.   312-641-0060

X__/s/ K. Walsh__  President             X__/s/ [signature]__   11/26/08
Signature of Petitioner or Representative (State title)   Signature of Attorney                       Date

**Walmac Color Graphics**     11/18/08                   Stahl Cowen Crowley, LLC
Name of Petitioner            Date Signed                Name of Attorney Firm (if any)

Name & Mailing Address of Individual   Kevin Walsh, President             55 W. Monroe Street
Signing in Representative              710 Hastings Lane                  Suite 1200
Capacity                               Buffalo Grove, IL 60089            Chicago, IL 60603
                                                                          Address
                                                                          Telephone No.   312-641-0060

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Convergence Group<br>1101 S. Jamesville Street<br>Milton, WI 53663 | Good sold | 72,933.55 |
| RGC Communications<br>31 Presidential Drive<br>Roselle, IL 60122 | Good sold | 104,293.88 |
| Walmac Color Graphics<br>710 Hastings Lane<br>Buffalo Grove, IL 60089 | Good sold | 97,987.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>275,214.70 |

0 continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Name of Debtor **Proven Methods Seminars, LLC**

B5 (Official Form 5) (12/07) – Page 2                Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ VP
Signature of Petitioner or Representative (State title)

**Convergence Group**                11/13/2008
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard Greene, Vice President
1101 S. Janesville Street
Milton, WI 53563

X _[signature]_    11/26/08
Signature of Attorney                Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. **312-641-0060**

---

X_____
Signature of Petitioner or Representative (State title)

**RGC Communications**
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Ray Bennett
31 Presidential Drive
Roselle, IL 60172

X_____
Signature of Attorney                Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. **312-641-0060**

---

X_____
Signature of Petitioner or Representative (State title)

**Walmac Color Graphics**
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kevin Walsh, President
710 Hastings Lane
Buffalo Grove, IL 60089

X_____
Signature of Attorney                Date

**Stahl Cowen Crowley, LLC**
Name of Attorney Firm (If any)

55 W. Monroe Street
Suite 1200
Chicago, IL 60603
Address
Telephone No. **312-641-0060**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Convergence Group<br>1101 S. Janesville Street<br>Milton, WI 53563 | Good sold | 72,933.55 |
| RGC Communications<br>31 Presidential Drive<br>Roselle, IL 60122 | Good sold | 104,293.88 |
| Walmac Color Graphics<br>710 Hastings Lane<br>Buffalo Grove, IL 60089 | Good sold | 97,987.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>275,214.70 |

_0_ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy